IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACQUELINE E. BOWEN, and STEPHEN T. BOWEN, Individuals;<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; d/b/a Allied Insurance, a Nationwide Company;<br><br>Defendant. | 4:11CV3163<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The parties' joint motion to continue, (filing no. 42), is granted.

2) The **Non-Jury** trial of this case is set to commence before the Honorable Richard G. Kopf, in the United States Courthouse, Lincoln, Nebraska at 9:00 a.m. on **August 14, 2012**, or as soon thereafter as the case may be called, for a duration of two (2) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at commencement of trial.

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **August 2, 2012** at 10:45 a.m., and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 1, 2012. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

4) The deposition deadline is extended to July 31, 2012.

5) All other dates and information shall remain the same as set forth in the original Progression Order (Filing No. 13).

June 27, 2012.                    BY THE COURT:

                                  *s/ Cheryl R. Zwart*
                                  United States Magistrate Judge